IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHENIKA MYERS
    Petitioner,

vs.                                                  Case No. 5:22-cv-209/TKW/MAL

WARDEN, F.C.I. MARIANNA,
    Respondent.
    _____/

## REPORT AND RECOMMENDATION

This case is before me on Respondent's Motion to Dismiss Petitioner's Amended § 2241 Petition. ECF No. 12.

Petitioner Shenika Myers, a federal prisoner proceeding pro se, sought habeas relief under 28 U.S.C. § 2241 seeking the application of First Step Act (FSA) credits and challenging the Bureau of Prisons' (BOP's) denial of her placement in home confinement under the CARES Act. ECF No. 6 (amended petition). On January 9, 2023, Respondent moved to dismiss the amended petition contending (1) Petitioner had not exhausted her administrative remedies and (2) the BOP has the sole authority to place Petitioner on home confinement. ECF No. 12. Petitioner never replied in opposition to Respondent's motion or filed anything further in this case. At the time Respondent filed his motion, Petitioner's projected release date was October 12, 2023, via First Step Act Release. *See* ECF No. 12 at 3. However, BOP records

confirm Petitioner was released five months ahead of this date, on April 28, 2023. https://www.bop.gov/inmateloc/. Thus, her request for relief appears to be moot.

Accordingly, it is respectfully RECOMMENDED:

1. Respondent's Motion to Dismiss Petitioner's amended petition under 28 U.S.C. § 2241 (ECF No. 12) be **DENIED as moot** and the amended petition for writ of habeas corpus be **DISMISSED** without prejudice.

2. The clerk be directed to close the case file.

At Gainesville, Florida on May 10, 2023.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.