UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHENIKA MYERS
      Petitioner,

vs.                             Case No. 5:22-cv-209/TKW/MAL

WARDEN, F.C.I. MARIANNA,
      Respondent.
_____/

## O R D E R

      This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15).   No objections were filed.

      Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case is moot—and, thus, due to be dismissed—because Petitioner has been released. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED.

3. Respondent's motion to dismiss (Doc. 12) is DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 2nd day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**